STEWART *v.* CHICAGO HOUSING AUTHORITY.

No. 752, Misc.   Decided January 27, 1969.

*Marshall Patner* for petitioner.

*Henry F. Jankowicz* for respondent.

*Peter S. Smith, Joseph A. Matera, Kenneth F. Phillips,* and *Robert J. Spangenberg* for the National Project on Urban Housing Law et al., as *amici curiae,* in support of the petition.

PER CURIAM.

The motion for leave to proceed *in forma pauperis,* the motion of the National Project on Urban Housing Law et al., for leave to file a brief, as *amici curiae,* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Illinois for further consideration in light of *Thorpe* v. *Housing Authority of the City of Durham, ante,* p. 268.